1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   MARLON WASHINGTON
5

6

7            IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,           No. 2:13-CR-00054-KJM

11                 Plaintiff,           **STIPULATION AND [PROPOSED]
                                        ORDER TO MODIFY PRETRIAL
12         vs.                          RELEASE CONDITIONS**

13 MARLON WASHINGTON,

14                 Defendant.

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and

18 Michael E. Hansen, attorney for defendant Marlon Washington, that the pretrial release special

19 condition requiring electronic monitoring and curfew be terminated.

20     Mr. Washington recently successfully completed the Better Choices Court Program,

21 and is currently employed.

22     The United States Attorney and the Pretrial Services Officer for Mr. Washington have

23 no opposition to the proposed change.  Accordingly, Mr. Marlon Washington requests the

24 Court modify his pretrial release conditions.  Specifically, Pretrial Services is recommending

25 special condition 9 be deleted.  All other conditions remain in effect.

26 / /

27 / /

28 / /

1

**Stipulation/[Proposed] Order to Modify Pretrial Release Conditions**

| | |
|---|---|
| Dated:  April 29, 2014 | Respectfully submitted, |
| | /s/ Michael E. Hansen<br>MICHAEL E. HANSEN<br>Attorney for Defendant<br>Marlon Washington |
| Dated:  April 29, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:  /s/ Michael E. Hansen for<br>JASON HITT<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

### ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED**.

Dated:  April 30, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Stipulation/[Proposed] Order to Modify Pretrial Release Conditions**